

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00365-CR

Adrian **GUERRERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2352
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 14, 2013.

_____
Marialyn Barnard, Justice